IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JAMES M. SINGER,

    Plaintiff,

vs.

ANDREA BOWMAN, ET AL.,

    Defendants.

: CIVIL ACTION NO. 3:CV-08-1999

: (JUDGE CAPUTO)

## MEMORANDUM ORDER

Plaintiff has filed a document (Doc. 1), which purports to be a claim against some 31 individuals; it is 24 pages; and it contains 251 numbered paragraphs. It is unclear as to the relief sought or the basis for the relief. In short, it does not conform to Rule 8(a) of the Federal Rules of Civil Procedure which provides:

> (a) Claim for Relief. A pleading that states a claim for relief must contain:
>
> (1) a short and plain statement of the grounds for the court's jurisdiction, unless the court already has jurisdiction and the claim needs no new jurisdictional support;
>
> (2) a short and plain statement of the claim showing that the pleader is entitled to relief; and
>
> (3) a demand for the relief sought, which may include relief in the alternative or different types of relief.

Fed. R. Civ. P. 8(a).

Because the document (Doc. 1) does not conform to Fed. R. Civ. P. 8(a), it will be dismissed, without prejudice.

**NOW, THEREFORE,** this 6th day of November, 2008, **IT IS HEREBY ORDERED** that the Plaintiff's document purporting to be a complaint is dismissed, without prejudice.

A. Richard Caputo
United States District Judge